UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80867-CV-MIDDLEBROOKS

MARCO VERCH,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC,
d/b/a GRUBBRR,

    Defendant.

_____/

## ORDER DENYING MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court upon Plaintiff's Motion for Extension of Time for Defendant to File Answer (DE 6), filed August 29, 2024. Defendant's Answer was due August 29, 2024, however counsel has yet to appear on its behalf, and no response to the Complaint has been filed. Plaintiff now seeks a one-month extension of the Defendant's pleading deadline. (DE 6 at 1). In support, Plaintiff states that his counsel received a telephone call from Defendant's recently retained counsel, who requested this extension. (DE 6 at 1). The motion is denied. Defendant's counsel may enter an appearance and file a motion to extend this filing deadline, and such motion will be granted if it is supported by good cause and cites specific facts to explain the need for the relief sought. Although I would ordinarily require Plaintiff to promptly advise the Court of its intentions with respect to pursuing default remedies in this situation, I will afford Plaintiff some latitude with respect to the timing of its decision to move forward with a Motion for Clerk's Entry of Default. **SIGNED** in Chambers in West Palm Beach, Florida, this 3rd day of September, 2024.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE