**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 9:24-cv-80867-DMM**

MARCO VERCH, citizen of the Republic of
Germany,

      Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a
GRUBBRR, a Florida limited liability company,

      Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware
corporation,

      Third-Party Defendant.

## THIRD-PARTY COMPLAINT AGAINST SHUTTERSTOCK, INC.

Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Florida law, Defendant Automata Transactions, LLC d/b/a GRUBBRR (hereinafter "Third-Party Plaintiff" or "Automata"), by and through undersigned counsel, and without admitting liability on its part, files this Third-Party Complaint against Shutterstock, Inc. (hereinafter "Third-Party Defendant" or "Shutterstock") and, in support, avers as follows:

## PARTIES

1. On information and belief, based on the allegations of Paragraph 1 of the original Complaint filed by Plaintiff Marco Verch in the District Court for the Southern District of Florida, Plaintiff Marco Verch is an individual who is a citizen of the Republic of Germany residing in the city of Cologne.

1

2. Third-Party Plaintiff Automata Transactions, LLC d/b/a GRUBBRR is a limited liability company organized and existing under the laws of the State of Florida with its principal place of business located at 1081 Holland Drive, Boca Raton, Florida 33487.

3. On information and belief, Third-Party Defendant Shutterstock, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 350 Fifth Avenue, 20th Floor, New York, New York 10118.

## JURISDICTION AND VENUE

4. The original Complaint is an action filed by Plaintiff Marco Verch alleging copyright infringement by Automata under federal law. This Court has jurisdiction over the original Complaint under 28 U.S.C. §§ 1331 and 1338(a). The Court has supplemental jurisdiction over the claims in this Third-Party Complaint pursuant to 28 U.S.C. § 1367(a) because the claims are inextricably intertwined with the claim for copyright infringement brought by Plaintiff Marco Verch against Automata in its Complaint and form part of the same case and controversy.

5. This Court also has jurisdiction based on the diversity of citizenship, pursuant to 28 U.S.C. §1332, as Plaintiff Marco Verch is a citizen of the Republic of Germany, the Third-Party Plaintiff is a Florida limited liability company, and the Third-Party Defendant is a Delaware corporation.

6. The Court has personal jurisdiction over the Third-Party Defendant as a result of Third-Party Defendant's contacts with the forum, including but not limited to the formation of a contract with Automata, a Florida limited liability company.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## FACTS

8. Plaintiff Marco Verch filed a complaint in the Southern District of Florida against Third-Party Plaintiff Automata for copyright infringement, on July 17, 2024 (hereinafter "Complaint"). A true and correct copy of the Complaint and its exhibits are attached hereto as Exhibit A.

9. The work at the heart of Plaintiff Marco Verch's copyright infringement suit is a photograph titled "Form-SS-4—Application-for-Employer-Identification-Number" (hereinafter the "Work"). A copy of the subject Work is displayed in paragraph 9 of the Complaint.

10. The Complaint filed against Automata alleges, among other things, that "Defendant displayed and/or published the Work on its website" but that "Defendant is not and has never been licensed to use or display the Work."

11. Contrary to Plaintiff Marco Verch's allegations, on June 28, 2021, Automata obtained a license from Third-Party Defendant Shutterstock to use and publish the Work. A true and correct copy of the proof of license letter from Shutterstock is attached hereto as Exhibit B.

12. The terms of the license are set forth in Shutterstock's then-existing Terms of Service (hereinafter "Terms of Service"). A true and correct copy of Shutterstock's Terms of Service existing on June 28, 2021, is attached hereto as Exhibit C.

13. The Terms of Service are titled "Shutterstock License Agreement(s)," and the very first paragraph states that the Terms of Service constitute a "legal agreement between [the customer] and Shutterstock."

14. The Terms of Service expressly warrant that Shutterstock had all necessary rights in and to the Work to license the Work and that use and publication of the Work would not constitute copyright infringement.

15. The Terms of Service further provide that Shutterstock will defend, indemnify, and hold the licensee harmless up to the applicable limit of liability.

## <u>COUNT I – BREACH OF CONTRACT</u>

16. Third-Party Plaintiff Automata re-alleges and incorporates paragraphs 1 through 15 as if set forth fully herein.

17. When Automata purchased a license to publish the Work from Shutterstock on June 28, 2021, Automata and Shutterstock entered into a valid contract, the terms of which were embodied in the Terms of Service.

18. Automata has complied with the Terms of Service.

19. Paragraph 3.1 of the Terms of Service expressly warrants and represents that "Shutterstock's contributors have granted Shutterstock all necessary rights in and to the Content to grant the rights set forth [therein]."

20. Paragraph 3.1 of the Terms of Service further warrants and represents that "Images in [their] original unaltered form and used in full compliance with this [Terms of Service] and applicable law, will not . . . infringe any copyright, trademark or other intellectual property right."

21. Automata would not have purchased a license to publish the Work but for Shutterstock's representations and warranties that Shutterstock possessed all rights necessary to license the Work and that publication of the Work would not constitute copyright infringement.

22. Plaintiff Marco Verch has filed a Complaint for copyright infringement against Automata alleging that "Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act" and that "Defendant is not and has never been licensed to use or display the Work."

23. If Shutterstock did not possess all rights needed to license the Work as Plaintiff Marco Verch asserts and if Automata is consequently found liable to Plaintiff Marco Verch for copyright infringement for displaying the Work, Shutterstock has materially breached its contract with Automata.

24. Automata has suffered damage as a result of Shutterstock's material breach of contract because Plaintiff Marco Verch has sued Automata for copyright infringement for its publication of the Work, requiring Automata to retain attorneys to investigate and defend the claim brought by Plaintiff Marco Verch.

WHEREFORE, Third-Party Plaintiff Automata respectfully requests that, by virtue of Third-Party Defendant Shutterstock's conduct, judgment be entered in favor of Automata for indemnification and that Shutterstock be ordered to indemnify Automata for any and all costs, attorneys' fees, and damages Automata is required to pay Plaintiff Marco Verch, along with Automata's costs, attorneys' fees, and other and further relief as this Court deems just and proper.

## COUNT II – CONTRACTUAL INDEMNITY

25. Third-Party Plaintiff Automata re-alleges and incorporates paragraphs 1 through 15 as if set forth fully herein.

26. Paragraph 4.1 of the Terms of Service states, "Subject to the terms hereof, and provided that you have not breached the terms of this or any other agreement with Shutterstock, Shutterstock will defend, indemnify, and hold [customer] harmless up to the applicable 'Limit of Liability' set forth [therein]."

27. Paragraph 4.1 of the Terms of Service further provides that indemnification will include associated expenses, including reasonable attorneys' fees.

28. Automata is without fault or liability for the acts of infringement complained of by Plaintiff Marco Verch.

29. Whether or not Automata is found liable to Plaintiff Marco Verch or ordered to pay damages to Plaintiff Marco Verch, the cost of defending itself or paying damages is solely a result of Shutterstock's misrepresentations and breach of contract.

30. As a result of the foregoing, Automata is entitled to full and complete indemnification from Shutterstock for any and all amounts it is required to pay Plaintiff Marco Verch, including costs, attorneys' fees, and damages, and for Automata's own costs and attorneys' fees.

31. Automata has been injured for displaying the Work to which the Terms of Service apply because Plaintiff Marco Verch has sued Automata for copyright infringement for displaying the Work, requiring Automata to retain attorneys to investigate and defend the claim brought by Plaintiff Marco Verch.

WHEREFORE, Third-Party Plaintiff Automata respectfully requests that, by virtue of Third-Party Defendant Shutterstock's conduct and misrepresentations, judgment be entered in favor of Automata for indemnification and that Shutterstock be ordered to indemnify Automata for any and all costs, attorneys' fees, and damages Automata is required to pay Plaintiff Marco Verch, along with Automata's costs, attorneys' fees, and other and further relief as this Court deems just and proper.

## COUNT III – FRAUDULENT MISREPRESENTATION

32. Third-Party Plaintiff Automata re-alleges and incorporates paragraphs 1 through 15 as if set forth fully herein.

33. Paragraph 3.1 of the Terms of Service warrants and represents that "Shutterstock's contributors have granted Shutterstock all necessary rights in and to the Content to grant the rights set forth [therein]."

34. Paragraph 3.1 of the Terms of Service further warrants and represents that "Images in [their] original unaltered form and used in full compliance with this [Terms of Service] and applicable law, will not . . . infringe any copyright, trademark or other intellectual property right."

35. Counsel for Plaintiff Marco Verch has disputed that Plaintiff Marco Verch granted Shutterstock the necessary rights to license the Work, leading Automata to believe that the foregoing representations in the Terms of Service are false.

36. On information and belief, Shutterstock knew that it did not possess the rights needed to license the Work and made the foregoing representations with the knowledge and intent that Automata would act upon their truth.

37. Relying on Shutterstock's representations, Automata displayed the Work, and Automata was justified in relying on Shutterstock's representations given that they were set forth in the Terms of Service, a document which Shutterstock refers to as a "legal agreement."

38. Shutterstock's misrepresentations were material, as Automata would not have licensed the Work from Shutterstock or displayed the Work if it had known that Shutterstock did not have the rights to grant such license or that its display of the Work in the manner prescribed in the Terms of Service could subject it to a suit for copyright infringement.

39. Automata has been injured as a result of Shutterstock's misrepresentations because Plaintiff Marco Verch has sued Automata for copyright infringement for its display of the Work,

requiring Automata to retain attorneys to investigate and defend the claim brought by Plaintiff Marco Verch.

WHEREFORE, Third-Party Plaintiff Automata prays that Third-Party Defendant Shutterstock reimburse Plaintiff Automata for all monies paid or payable in reasonable settlement or for all monies owed on a judgment due to the above-described claims, including costs, attorneys' fees, and damages, and prays for reimbursement of all attorneys' fees and costs expended in the investigation and defense of the original action and prosecution of the instant action, punitive damages, and for whatever other relief this Court deems just and proper.

## <u>COUNT IV –NEGLIGENT MISREPRESENTATION</u>

40. Third-Party Plaintiff Automata re-alleges and incorporates paragraphs 1 through 15 as if set forth fully herein.

41. Paragraph 3.1 of the Terms of Service warrants and represents that "Shutterstock's contributors have granted Shutterstock all necessary rights in and to the Content to grant the rights set forth [therein]."

42. Paragraph 3.1 of the Terms of Service further warrants and represents that "Images in [their] original unaltered form and used in full compliance with this [Terms of Service] and applicable law, will not . . . infringe any copyright, trademark or other intellectual property right."

43. Counsel for Plaintiff Marco Verch has disputed that Plaintiff Marco Verch granted Shutterstock the necessary rights to license the Work, leading Automata to believe that the foregoing representations in the Terms of Service are false.

44. Shutterstock should have known that it did not possess the rights needed to license the Work and therefore that use of the Work could subject Automata to a suit for copyright infringement.

45. On information and belief, Shutterstock made the foregoing misrepresentations with the knowledge and intent that Automata would rely upon their truth.

46. Relying on Shutterstock's representations, Automata displayed the Work, and Automata was justified in relying on Shutterstock's representations given that they were set forth in the Terms of Service, a document which Shutterstock refers to as a "legal agreement."

47. Shutterstock's misrepresentations were material, as Automata would not have licensed the Work from Shutterstock or displayed the Work if it had known that Shutterstock did not have the rights to grant such license or that its display of the Work in the manner prescribed in the Terms of Service could subject it to a suit for copyright infringement.

48. Automata has been injured by Shutterstock's misrepresentation because Plaintiff Marco Verch has sued Automata for copyright infringement for its display of the Work, requiring Automata to retain attorneys to investigate and defend the claim brought by Plaintiff Marco Verch.

WHEREFORE, Third-Party Plaintiff Automata prays for the Court to Order reimbursement against the Third-Party Defendant Shutterstock for all monies paid or payable in reasonable settlement or for all monies owed on a judgment due to the above-described claims, including costs, attorneys' fees, and damages, and furthermore prays for reimbursement of all attorneys' fees and costs expended in the investigation and defense of the original action and prosecution of the instant action, for punitive damages and for whatever other further relief this Court deems just and proper.

## COUNT V – FRAUD IN THE INDUCEMENT

49. Third-Party Plaintiff Automata re-alleges and incorporates paragraphs 1 through 15 as if set forth fully herein.

50. The Terms of Service expressly warrant that Shutterstock had all necessary rights in and to the Work to license the Work and that use and publication of the Work would not constitute copyright infringement.

51. Paragraph 3.1 of the Terms of Service further warrants and represents that "Images in [their] original unaltered form and used in full compliance with this [Terms of Service] and applicable law, will not . . . infringe any copyright, trademark or other intellectual property right."

52. Third Party Defendant Shutterstock knew, or should have known, that the warranties it gave Third Party Plaintiff Grubbrr were false.

53. Third Party Defendant Shutterstock, knew that the warranties it gave to Third Party Plaintiff induced it to take the license from Plaintiff Shutterstock.

54. Despite Third Party Plaintiff Automata's justifiable reliance on the warranties, it was sued by Plaintiff Marco Verch for copyright infringement for publishing the work.

55. Whether or not Automata is found liable to Plaintiff Marco Verch or ordered to pay damages to Plaintiff Marco Verch, the cost of defending itself and/or paying damages is solely a result of Shutterstock's misrepresentations and fraud in the inducement.

56. As a result of the foregoing, Automata is entitled to full and complete indemnification from Shutterstock for all amounts it is required to pay Plaintiff Marco Verch, including costs, attorneys' fees, and damages, and for Automata's own costs and attorneys' fees.

57. Automata has been injured for displaying the Work to which the Terms of Service apply because Plaintiff Marco Verch has sued Automata for copyright infringement for displaying the Work, requiring Automata to retain attorneys to investigate and defend the claim brought by Plaintiff.

WHEREFORE, Third-Party Plaintiff Automata respectfully requests that, by virtue of Third-Party Defendant Shutterstock's conduct and misrepresentations, judgment be entered in favor of Automata for compensatory damages, punitive damage and all costs, including attorneys' fees, and damages Automata is required to pay Plaintiff Marco Verch, along with Automata's costs, attorneys' fees, and other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

58. The Third-Party Plaintiff, Automata, respectfully requests a jury trial as to all matters so triable.

*[signature on following page]*

Respectfully submitted,

**LOTT & FISCHER PL**

Dated: September 23, 2024

/Ury Fischer/_____
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089

and

**CAESAR RIVISE, PC**
Manny D. Pokotilow*
E-mail: mpokotilow@crbcp
Douglas Panzer*
E-mail: dpanzer@crbcp.com
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-2010

*Admitted Pro Hac Vice*

**Attorneys for Defendant Automata Transactions, LLC d/b/a GRUBBRR**

12

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, the foregoing THIRD-PARTY COMPLAINT AGAINST SHUTTERSTOCK, INC. was electronically filed with the Clerk of the Court using CM/ECF and is also being served on all counsel of record in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

**Service List**

Daniel DeSouza, Esq.
DeSouza Law, PA
3111 N. University Drive
Ste 301
Coral Springs, FL 33065
954-603-1340
ddesouza@desouzalaw.com

Meghan Ashley Medacier, Esq.
CopyCat Legal
3111 N University Drive
Suite 301
Coral Springs, FL 33065
754-258-7654
meghan@copycatlegal.com

/Ury Fischer/
Ury Fischer
Florida Bar No. 048534

13

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80867

MARCO VERCH,

      Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a
GRUBBRR,

      Defendant.

_____

## **COMPLAINT**

    Plaintiff Marco Verch ("Plaintiff") sues defendant Automata Transactions, LLC d/b/a GRUBBRR ("Defendant"), and alleges as follows:

## **THE PARTIES**

    1.    Plaintiff is an individual who is a citizen of the Republic of Germany residing in the city of Cologne.

    2.    Defendant is a limited liability company organized and existing under the laws of the State of Florida with its principal place of business located at 1081 Holland Drive, Boca Raton, FL 33487. Defendant's agent for service of process is Sheila S. Zietz, Esq., 1081 Holland Drive, Boca Raton, FL 33487.

## **JURISDICTION AND VENUE**

    3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

    4.    This Court has personal jurisdiction over Defendant because it has maintained

sufficient minimum contacts with this State such that the exercise of personal jurisdiction over it

would not offend traditional notions of fair play and substantial justice.

5.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because

Defendant or its agents reside or may be found in this district.  "A defendant 'may be found' in a

district in which he could be served with process; that is, in a district which may assert personal

jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In

other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement

action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-

CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store

Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill.

1991)).

## FACTS

### I.      Plaintiff's Business and History

6.      Plaintiff is a professional photographer in the business of taking high-end

photography using state-of-the-art equipment.

7.      Plaintiff began photography after receiving his first camera in 1996 and specializes

in travel, food, aerial and special events photography such as marathons and triathlons.

8.      Plaintiff's photographs have been published on various websites such as National

Geographic, Mashable.com, TechCrunch, Forbes.com, Businessinsider.com, and Yahoo.com.

### II.      The Work at Issue in this Lawsuit

9.      In 2021, Plaintiff created a professional photograph titled "Form-SS-4--

Application-for-Employer-Identification-Number" (the "Work"). A copy of the Work is displayed

below:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



10.     The Work was registered by Plaintiff with the Register of Copyrights on April 9, 2021 and was assigned Registration No. VA 2-254-210. A true and correct copy of the Certificate of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

11.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III.     Defendant's Unlawful Activities

12.     Defendant is a leading global commerce automation company that offers self-ordering technologies including kiosks, mobile ordering, contactless smart lockers and more, to help businesses maximize revenue, decrease labor costs, and increase operational efficiency while improving the consumer experience.

13.     Defendant advertises/markets its business through its website (https://grubbrr.com/), social media (e.g., https://www.facebook.com/GRUBBRR/ and

[https://www.youtube.com/grubbrrkiosksystem](https://www.youtube.com/grubbrrkiosksystem)), and other forms of advertising.

14.     On August 27, 2021 (after the above-referenced copyright registration of the Work), Defendant displayed and/or published the Work on its website, webpage, and/or social media (at [https://grubbrr.com/required-restaurant-licenses-and-permits/](https://grubbrr.com/required-restaurant-licenses-and-permits/)):



15.     A true and correct copy of the screenshots of Defendant's website, webpage, and/or social media, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

16.     Defendant is not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with Defendant's website, webpage, and/or social media – even though the Work that was copied is clearly professional photography that would put Defendant on notice that the Work was not intended for public use.

17.     Defendant utilized the Work for commercial use.

18.     Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

19.     Through his ongoing diligent efforts to identify unauthorized use of his photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in October 2021.  Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of his Work.

20.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

21.     Plaintiff re-alleges and incorporates paragraphs 1 through 20 as set forth above.

22.     Each photograph comprising the Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

23.     Plaintiff owns a valid copyright in each photograph comprising the Work, having registered the Work with the Register of Copyrights.

24.     Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as he has sufficient rights, title, and interest to such copyright (as Plaintiff serves as the exclusive licensing agent with respect to the Work).

25.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on its website, webpage, and/or social media.

26.     Defendant reproduced, distributed, and publicly displayed the Work without

5

authorization from Plaintiff.

27.     By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501. Defendant's infringement was either direct, vicarious, and/or contributory.

28.     Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.  Notably, Defendant itself utilizes a copyright disclaimer on its website ("© 2021 GRUBBRR®"), indicating that Defendant understands the importance of copyright protection/intellectual property rights and is actually representing that it owns each of the photographs published on its website. See, e.g., Bell v. ROI Prop. Grp. Mgmt., LLC, No. 1:18-cv-00043-TWP-DLP, 2018 U.S. Dist. LEXIS 127717, at *3 (S.D. Ind. July 31, 2018) ("[T]he willfulness of ROI's infringement is evidenced by the fact that at the bottom of the webpage on which the Indianapolis photograph was unlawfully published appeared the following: 'Copyright © 2017.'  By placing a copyright mark at the bottom of its webpage that contained Mr. Bell's copyrighted Indianapolis Photograph, Mr. Bell asserts ROI willfully infringed his copyright by claiming that it owned the copyright to everything on the webpage."); John Perez Graphics & Design, LLC v. Green Tree Inv. Grp., Inc., Civil Action No. 3:12-cv-4194-M, 2013 U.S. Dist. LEXIS 61928, at *12-13 (N.D. Tex. May 1, 2013) ("Once on Defendant's website, Defendant asserted ownership of Plaintiff's Registered Work by including a copyright notice at the bottom of the page. Based on these allegations, the Court finds Plaintiff has sufficiently pled a willful violation…."). Defendant clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

29.     Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

30.    Plaintiff is entitled to recover his actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

31.    Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

32.    Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover his costs and attorneys' fees as a result of Defendant's conduct.

33.    Defendant's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.    A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b.    A declaration that such infringement is willful;

c.    An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.    Awarding Plaintiff his costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.    Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.    Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

or continuing to display, transfer, advertise, reproduce, or otherwise market any works

derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

Dated:   July 17, 2024.

> COPYCAT LEGAL PLLC
> 3111 N. University Drive
> Suite 301
> Coral Springs, FL 33065
> Telephone: (877) 437-6228
> meghan@copycatlegal.com
> dan@copycatlegal.com
>
> By: /s/ Meghan Medacier____
>         Meghan Medacier, Esq.
>         Florida Bar No.: 1035608
>         Daniel DeSouza, Esq.
>         Florida Bar No.:  19291

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-254-210

**Effective Date of Registration:**
April 09, 2021
**Registration Decision Date:**
June 08, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 03, 2021 to March 01, 2021

### Title _____

**Title of Group:**   USCO 2.0 Golib 1-10347143352 Work of 2021 Group 2 01/03/2021 until 03/01/2021 750 pictures.xlsx
**Number of Photographs in Group:**   738

### Completion/Publication _____

**Year of Completion:**   2021
**Earliest Publication Date in Group:**   January 03, 2021
**Latest Publication Date in Group:**   March 01, 2021
**Nation of First Publication:**   Germany

### Author _____

- **Author:**   Golib Tolibov
  **Author Created:**   photographs
  **Citizen of:**   Uzbekistan

### Copyright Claimant _____

**Copyright Claimant:**   Marco Verch
Friesenplatz 4, c/o WeWork, Cologne, 50672, Germany
**Transfer statement:**   By written agreement

### Rights and Permissions _____

**Name:**   Marco Verch
**Email:**   marco.verch@gmail.com
**Telephone:**   491606881122

|  | Address: | Friesenplatz 4 |
|--|----------|----------------|
|  |          | c/o WeWork |
|  |          | Cologne 50672 Germany |

## Certification

|  | Name: | Marco Verch |
|--|-------|-------------|
|  | Date: | April 09, 2021 |

| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|--|--|
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

Exhibit "B"

Contact us:

GRUBBRR

PRODUCTS ▾   INDUSTRIES ▾   PARTNERS & INTEGRATIONS   RESOURCES ▾   CAREERS   COMPANY ▾   SUPPORT ▾   REQUEST A DEMO





**Hungry for More?**

Sign up to be notified of new industry trends, blogs and GRUBBRR news.

Name

Email

Send

Christa Colony   📅 August 27, 2021

🏷️ Financing, Insurance, Legal, Licenses and Permits, Management, Restaurants

# Restaurant Licenses and Permits: What You Need and How to Get Them

Restaurant licenses and permits: they're one of the least fun but most important parts of opening a new restaurant. Foodservice licenses, building health permits, and all the other necessary restaurant licenses and permits can add up to a confusing maze of paperwork and red tape. These requirements to open a restaurant can also end up being one of the biggest restaurant startup costs.

It may be a confusing process, but this guide is here to walk you through all the requirements to open a restaurant, the costs involved for each restaurant license and permit, and where and how to obtain them. Keep in mind that the process of obtaining this long list of restaurant licenses and permits can take nine months or more, so be sure to get started right away and budget your time and money wisely.

## 1. Business License



A business license is the first and most important of the requirements to open a restaurant. Any new business must first obtain a business license from the state in which they operate in order to be considered a legitimate, legal entity.

Some states, like New York, don't have a state-wide license requirement but instead licensing requirements vary city by city; be sure to research the specific requirements for a business license in your location, as they will vary.

Captured by FireShot Pro: 03 June 2023, 01:29:44
https://getfireshot.com

The US Small Business Association is a good starting point to find out more about the specific requirements in your area and how to go about obtaining this restaurant license.

Depending on your location, a business license will cost you anywhere from $75 to $7,000. This cost will vary based on the type of business, expected total revenue, and other factors.

Google your location and 'business license' to find more specific price expectations and guidelines and be sure to keep up with any annual renewal requirements or fees.

## 2. Employer Identification Number



While not technically a restaurant license or restaurant permit, every new business will also need to obtain an Employer Identification Number or EIN. This number will identify your business to the IRS when you and your employees file taxes. You can obtain this number from the IRS website directly.

Obtaining an EIN is free, which is great news for those trying to open a restaurant with no money! Keep in mind that this is one of the requirements to open a restaurant that should be initiated as early as possible, as the IRS only issues one EIN per business per day and it can take over a month to receive yours.

Apply for one as soon as you decide to open your business and get started on the other requirements to open a restaurant and apply for all the other restaurant licenses and permits you'll need as you wait.

## 3. Food Service License

First on the list of requirements to open a restaurant specifically is a food service license. Food service licenses can be obtained in-person or online from your state's health department.

Before you receive your food service license, you will need to undergo a building inspection where a health department employee will ensure all food storage, food preparation, and food safety standards are being upheld.

Typical food service license costs range anywhere from $100 to $1,000 depending on location, size, and number of employees. The price of the food service license is more than just a one-time cost; you will have to renew this restaurant permit as necessary and undergo annual inspections to maintain your food service license.

Ensure your restaurant is continually able to accommodate current food safety regulations and stay up to date with any changes to the regulations. Factor these implicit food license costs into the overall health department permit costs and be sure to stay prepared for the regular and random inspections.

## 4. Certificate of Occupancy



After obtaining a food service license and paying the food license costs, you will need to obtain a certificate of occupancy to prove your building is properly constructed, zoned, and maintained. This is another one of the requirements to open a restaurant that varies by location, so be sure to check your local government's website for details on how to proceed. Costs vary, but a certificate of occupancy will typically run you around $100.

This is also a good time to check on your space's occupancy capacity, as you will need to plan your restaurant floor plan around this restriction. Set aside a spot at the front to clearly post this requirement as well as any other restaurant licenses and permits you are required to display.

## 5. Outdoor Seating Permit

On the topic of seating, consider if you'd like to set up any outdoor seating at your restaurant. Outdoor seating has been especially popular recently, but it's not as simple as just setting up tables outside.

In many areas, you'll need to apply for outdoor seating or outdoor use permits before going ahead and using the space. Check with your local government or business association to find out more about what kind of requirements are involved with outdoor seating in your area and which restaurant permits might be required.

## 6. Building Health Permit

A certificate of occupancy might not be the only permit you need to prove your building's worthiness! In some states, you will also be required to obtain a building health permit from your local health department, which can cost anywhere from $50 to $1,000.

Much like a food service license, this restaurant permit will also require an initial building inspection as well as regular random inspections meant to ensure continued compliance. Even if your state doesn't require a building health permit, it's good to have an inspection to make sure the space is up to health code and there's no mold hiding in the walls.

## 7. Employee Health or Food Handlers Permit



Your building isn't the only thing that will require a health permit – any employees handling food and drink will likely need to obtain permits as well. Requirements again vary by state, but many states require each employee to attend a food safety class and obtain a food handlers license.

This license can cost anywhere from $100 to $500 depending on your state, so be sure to check the requirements from your local health department.

Food service licenses and health department inspections can sometimes require an employee on-site to present their food handlers permit, and the guidelines laid out in the food handlers class will be inspected during health department visits.

Be sure to take notes on these requirements, follow the guidelines closely and have your employees keep their food handlers license ready.

## 8. Resale Permit

The next restaurant permit on the list a resale permit. This permit will allow you to buy ingredients sales tax free and instead charge the sales tax to the customer at the time they buy the meal. Check with your state to learn any specific requirements, but these will typically be free or no more than $50.

You will also have to keep careful records of sales taxes accumulated and collected, as you will need to report them to the state yearly. Set aside a binder or cabinet for this purpose and closely keep track of all payments made to the state.

Captured by FireShot Pro: 03 June 2023, 01:29:44
https://getfireshot.com

## 9. Sellers or Sales Tax Permit



In many states there's a second permit needed to open a restaurant and collect sales tax, and it will either be called a sellers permit or a sales permit. While the resale permit lets you forego sales tax on whole ingredients, this restaurant permit authorizes you to collect sales taxes on your menu items.

This permit will typically be free, but you might need to put down a deposit to protect against any sales taxes you may be unable to pay if your restaurant unexpectedly closes.

Requirements to open a restaurant will vary by locality, so again be sure to contact your local government to learn about the requirements and registration process. Much like the resale permit, you will also need to keep track of sales taxes levied and collected and reconcile them at the end of the year.

## 10. Sign Permit

Before you can start any restaurant promotion, you may need to obtain a sign permit from your local government. Requirements can vary drastically by jurisdiction, but they will typically place restrictions on sign size and placement. Some areas may even require you to hire a local contractor to install signs or run design ideas past a city council.

The permit itself will cost anywhere from $20 – $50, and be sure to run any intended modifications or sign installations by your building landlord as well to avoid any additional costs or fines.

If you plan on using any self-ordering restaurant kiosks, digital menu boards, or kitchen display systems to upgrade your restaurant, be sure to check the copyright laws on any images you include. When possible, try to feature images of your own restaurant and food! This helps to avoid copyright infringement and keeps your business at the forefront of customers' minds.

## 11. Music License

No good restaurant is complete without the perfect background music, but it's unfortunately not as simple as just pressing play on the radio. Spotify or Pandora are great for personal listening, but if you plan on playing music in your new establishment be sure to get a music license from a Performance Rights Organization (PRO) like ASCAP, SESAC, or BMI.

If you'd rather go a third-party route, consider going through a licensed music solution like Rockbot that will pay these fees for you. Copyright fees for playing unauthorized music can be upwards of $30,000, so play it safe and pay the $250 to $500 for a music license instead.

## 12. Liquor License



Captured by FireShot Pro: 03 June 2023, 01:29:44
https://getfireshot.com

If you plan to serve liquor in your establishment you will also need to apply for a liquor license. Some states may even require separate liquor, beer, and wine licenses, so be sure to check on your local guidelines and licensing requirements.

Obtaining this restaurant license can be a lengthy process – sometimes as long as a year – so get the process started with your local agency that oversees alcoholic beverage permits as early as possible. Liquor licensing is also one of the most costly requirements to open a restaurant, typically costing anywhere from $1,200 to $40,000.

Carefully consider the kind of restaurant you want to run and the market you'd like to serve, and decide if you're willing to eat the cost of this permit. If so, add it to the list of restaurant licenses and permits you'll need and set aside a spot for this food license cost in your budget.

## 13. Liquor Bonds and Liability Insurance

If you do decide to serve alcohol in your new establishment, you may also need to take some additional steps depending on your location. In New York, for example, you will need to purchase both a liquor bond and a liquor liability policy.

Liquor licenses can range from several hundred to $15,000, depending on the state, and will be accompanied by a small processing fee.

These expenses will help to protect your business from any accidents or injuries that may occur due to the alcohol served in your establishment. They will also ensure any alcohol taxes and penalty fees levied on the alcohol you serve are covered by a third party in the event you are unable to pay them yourself.

## 14. Dumpster Placement Permit

Running a restaurant can, unfortunately, generate a lot of waste, and you'll need a place to put all that waste. Not only will you need a dumpster, but you'll also need a dumpster placement permit. Check your city website for application details and costs, but expect to pay between $10 and $100 weekly.

Trash or recycling collection fees may also be involved in local waste disposal. Check with your local jurisdiction for more information and details on recyclable and compostable materials and collection schedules.

## Other Considerations



Although not specifically in the category of restaurant licenses and permits, before you open your restaurant you should also check any additional kitchen equipment, fire suppression, and food safety regulations in your area. You should also research your options for property insurance, workers compensation insurance, and personal liability protection, especially if you plan to serve alcohol.

Additionally, be sure to consider any additional restaurant concepts you want to include and check if they will require a permit as well. Valet parking, pool tables, and live entertainment all require their own permits, so be sure to do your research on each requirement to open a restaurant and go in prepared!

## Takeaways

Clearly, the requirements to open a restaurant involve a long list of restaurant licenses and permits. Save yourself the headache and pay close attention to all the requirements so you can avoid going into opening day missing a food service license or running out of money because you didn't budget for the health department permit costs.

There's also no consistent set of guidelines between locations, so be sure to carefully check your local guidelines and stay organized. The US Small Business Association (SBA) offers many helpful resources to guide you through the process, and you can contact your local government directly with any additional questions.

Page 6
Restaurant License and Permit Requirements | GRUBBRR
https://grubbrr.com/required-restaurant-licenses-and-permits/

| PREVIOUS | NEXT |
|---|---|
| 5 Ways to Open a Restaurant With No Money | The Future of Shopping Mall Kiosks in Food Courts |

## Learn More About GRUBBRR

Request a Demo

**Industries**
RESTAURANTS
STADIUMS & ARENAS
CASINOS & GAMING
AMUSEMENT PARKS
MICRO-MARKET
RETAIL

**Company**
ABOUT US
CAREERS
NEWS
LEADERSHIP
CORE VALUES
LEGAL

**Resources**
BLOG
COMPARE
CUSTOMER CARE
GRUBBRR KNOWLEDGE
BASE
EBOOKS
FAQ

**Contact us**
Call: (855) 547–8227
Sales: sales@grubbrr.com
Support: support@grubbrr.com
Address: 1081 Holland Drive
Boca Raton, Florida 33487

GRUBBRR®

The perfect ecosystem of products to maximize operational efficiency and ensure customer satisfaction.

REQUEST A DEMO ➤

Privacy Policy    General Terms

© 2021

# EXHIBIT B





shutterstock · 1941246247

| | |
|---|---|
| **LICENSE TYPE** | Standard License |
| **CHANNEL** | Shutterstock |
| **LICENSEE** | Automata Transactions |
| **DATE OF LICENSE** | 28 June 2021 |
| **ASSET ID NUMBER** | 1941246247 |
| **CONTRIBUTOR** | Wirestock LLC |

## 🌐 RIGHTS GRANTED BY THE LICENSE

- Unlimited web distribution
- Print up to 500,000 copies
- Package up to 500,000 copies
- Out of home advertising up to 500,000 impressions
- Video production up to a $10,000 budget
- Decoration in personal space

The licensee has a non-exclusive, non-transferable right to use, modify (except as expressly prohibited in the License Agreement) and reproduce Visual Content worldwide, in perpetuity, as expressly permitted by the applicable license and subject to the limitations set forth within the License Agreement.

## 🚫 THE LICENSE DOES NOT PERMIT

- Content with recognisable people used in pornography or adult entertainment
- Content with recognisable people used in tobacco, alcohol or politics (unless additional licenses for these purposes is acquired)
- The modification of "Editorial Use Only" Content
- "Editorial Use Only" content used for commercial purposes, such as advertising or merchandising
- Reselling, redistributing, providing access to, sharing or transferring any Visual Content
- Using Content in a way which would infringe upon a third party's trademark or intellectual property
- Using Content (as a whole or in part) as a logo or trademark without acquiring an Exclusive License

For more information on Shutterstock Licenses, please refer to this article.  The complete terms and conditions can be found in the Shutterstock License Agreement, which shall prevail over this document.

This image was provided to the Shutterstock platform by the supplier indicated above. Shutterstock operates a global creative platform that brings together users and contributors of content. All contributors who make images, footage, or other content available on the Shutterstock platform represent and warrant that they own or control all necessary rights to distribute their uploaded content on the Shutterstock platform without infringing on the intellectual property rights of any third party. As a service provider, Shutterstock does not control the submission of content to the platform, receives thousands of content submissions every week, and accordingly relies on the representations and warranties of its content contributors that their content, as used as permitted under the applicable license terms, will not infringe on the rights of any third party.

Please contact the Shutterstock Compliance department if you require any further information at compliance@shutterstock.com



SHUTTERSTOCK, 350 FIFTH AVENUE, 20TH FLOOR, NEW YORK CITY, NY 10118  1.866.663.3954 (US), 1.646.419.4452 (Int'l)

# EXHIBIT C

# Shutterstock License Agreement(s)

Terms of Service

Dear Shutterstock Customer:

The following Terms of Service ("TOS") is a legal agreement between you or the employer or other entity on whose behalf you are entering into this agreement ("you" or "Customer") and Shutterstock (as such term is defined in Part V Section 24 below) and sets forth the rights and obligations with respect to any Content licensed by you.

Please revisit this TOS when you purchase any Content licenses. Shutterstock reserves the right to modify the TOS at any time in its sole discretion. Prior to such changes becoming effective, Shutterstock will use reasonable efforts to notify you of any such change. Such notice may be made by email to the email address on file in your Shutterstock account, an announcement on this page, your login page, and/or by other means. Modifications to this TOS will only apply to prospective purchases (including any automated renewals). By licensing Content following any such modifications, you agree to be bound to the TOS as modified.

THIS IS A SINGLE SEAT LICENSE AUTHORIZING ONE NATURAL PERSON TO LICENSE, DOWNLOAD AND USE CONTENT. UNLESS YOU UPGRADE TO A "TEAM SUBSCRIPTION" OR "PREMIER PLATFORM" ACCOUNT, NO OTHER PERSONS (INCLUDING EMPLOYEES, CO-WORKERS OR INDEPENDENT CONTRACTORS) MAY ACCESS YOUR ACCOUNT OR USE CONTENT LICENSED THROUGH YOUR ACCOUNT.

IF YOU PURCHASE A "TEAM SUBSCRIPTION" THE RIGHT TO LICENSE, DOWNLOAD AND USE CONTENT IS LIMITED TO THE NUMBER OF USERS PERMITTED BY THAT TEAM SUBSCRIPTION. SHUTTERSTOCK'S "PREMIER PLATFORM" GRANTS ACCESS AND USAGE RIGHTS TO UNLIMITED USERS AMONG OTHER ADDITIONAL RIGHTS.

*If you require access and usage rights for more than one natural person, please contact Customer Service (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: Customer Support or our Premier Team).* For clarity, if a user is acting in an employment capacity, the employer will be deemed the licensee for the purposes of the license.

- "Content" means all content available for license from the Shutterstock website, including Images, Footage, Editorial, and Music (as defined herein.)

- "Footage" means any moving images, animations, films, videos or other audio/visual representations, video elements, visual effects elements, templates, graphics packs, and motion design projects excluding still images, recorded in any format.

- "Image(s)" means still photographs, vectors, drawings, graphics, and the like.

- "Music" means any musical compositions, master recordings, and any other recordings containing sounds or a series of sounds, in all formats, now known and hereinafter developed.

- "Editorial" means still photographs and footage appearing under the Editorial tab/section.

- "Visual Content" shall refer collectively to Editorial, Images, and Footage.

**1. PART I – VISUAL CONTENT LICENSES**

   

**1.1** Shutterstock hereby grants you a non-exclusive, non-transferable right to use, modify (except as expressly prohibited herein) and reproduce Visual Content worldwide, in perpetuity, as expressly permitted by the applicable license and subject to the limitations set forth herein:

a. IMAGE LICENSES

    i. A <u>STANDARD IMAGE LICENSE</u> grants you the right to use Images:

        1. As a digital reproduction, including on websites, in online advertising, in social media, in mobile advertising, mobile "apps", software, e-cards, e-publications (e-books, e-magazines, blogs, etc.), email marketing and in online media (including on video-sharing services such as YouTube, Dailymotion, Vimeo, etc., subject to the budget limitations set forth in sub-section I.a.i.4 below);

        2. Printed in physical form as part of product packaging and labeling, letterhead and business cards, point of sale advertising, CD and DVD cover art, or in the advertising and copy of tangible media, including magazines, newspapers, and books provided no Image is reproduced more than 500,000 times in the aggregate;

        3. As part of an "Out-of-Home" advertising campaign, including on billboards, street furniture, etc., provided the intended audience for such campaign is less than 500,000 gross impressions.

        4. Incorporated into film, video, television series, advertisement, or other audio-visual productions for distribution in any medium now known or hereafter devised, without regard to audience size, provided the budget for any such production does not exceed USD $10,000;

        5. For your own personal, non-commercial use (not for resale, download, distribution, or any commercial use of any kind)

    ii. AN <u>ENHANCED IMAGE LICENSE</u> grants you the right to use Images (which rights are in addition to 1-5 above and exclusive to Enhanced Image Licenses):

        1. In any manner permitted under a Standard Image License, without any limitation on the number of reproductions, impressions, or budget;

        2. Incorporated into merchandise intended for sale or promotional distribution (collectively "Merchandise"), including, without limitation, textiles, artwork, magnets, wall-art, calendars, toys, stationery, greeting cards, and any other physical reproduction for resale or distribution, provided that such Merchandise incorporates material creative or functional elements apart from the Image(s).

        3. In wall art (and without requiring further creative or functional elements) for decorative purposes in a commercial space owned by you or your client, and not for sale.

        4. Incorporated as elements of digital templates for sale or distribution.

    iii. If the Standard or Enhanced Image licenses do not grant the rights you require please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: Customer Support)

b. FOOTAGE LICENSES

    i. A <u>FOOTAGE USE LICENSE</u> grants you the right to use Footage:

        1. in a multi-media production displayed or distributed via the web, on social media, using so-called "Apps", or as otherwise disseminated in accordance herewith (see restrictions for distribution limitations), provided the audience for such production does not exceed 500,000;





   3. on websites.

   ii. If the Footage Use License does not grant the rights you require, please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: [Customer Support](#))

   iii. A FOOTAGE COMP LICENSE grants you the right to use watermarked, low resolution Footage as a comp (the "Comp Footage") solely in test, sample, comp, or rough cut evaluation materials. Footage Comp Licenses do not permit you to display or distribute to the public or incorporate into any final materials any such Footage. Comp Footage can be edited, but you may not remove or alter the Shutterstock watermark. Comp Footage is available to license under the Footage Use License at the time it is downloaded as Comp Footage, but Shutterstock makes no guarantees and shall have no obligation to ensure that Comp Footage will be available for license at any time thereafter.

c. EDITORIAL LICENSE

   i. AN EDITORIAL LICENSE grants you the right to make a single, editorial use of an item of Editorial content, which single use may be distributed worldwide, in perpetuity.

   ii. A "single use" for the purposes of this license permits the use of Editorial content in a single context (i.e., a news story, blog post, page of a publication) a single time, provided you shall have the right to distribute that use in-context across unlimited mediums and distribution channels. For example, the use of Editorial content to illustrate a printed article, maybe reused on a blog, on social media, etc., provided it is in-context to the original printed article. Any use not in-context to the original printed article would require an additional license.

   iii. An "editorial use" for the purposes of this license shall be a use made for descriptive purposes in a context that is newsworthy or of human interest and expressly excludes commercial uses such as advertising or merchandising.

   iv. Any use of Editorial Content licensed hereunder is further subject to those express restrictions set forth in Part I, Section 4 (prohibiting any use distributed via broadcast/cable/OTT, on publication covers, and in print runs in excess of 500,000) as well as any "special restrictions" (e.g., geographical or industry-specific usage restrictions) indicated on the image detail page and/or included in the metadata attached to an item of Editorial Content.

   v. All Editorial content shall be deemed "Editorial Use Only" for the purposes of this TOS.

   vi. Not all Editorial content is available for license from the Shutterstock website, nor may it be available from all subscriptions. You understand that the Editorial content available for license can change at any time and you shall have no right to demand to license any particular item of Editorial content. If you want to license any Editorial content not available for license from the website, please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: [Customer Support](#))

**1.2** RESTRICTIONS ON USE OF VISUAL CONTENT

YOU MAY NOT:

a. Use Visual Content other than as expressly provided by the license you purchased with respect to such Visual Content.

b. Portray any person depicted in Visual Content (a "Model") in a way that a reasonable person would find offensive, including but not limited to depicting a Model: a) in connection with pornography, "adult videos", adult entertainment venues, escort services, dating services, or the like; b) in connection with the advertisement or promotion of tobacco products; c) in a political context, such as the promotion, advertisement or endorsement of any party, candidate, or elected official, or in connection with any political policy or viewpoint; d) as suffering from, or medicating for, a physical or mental ailment; or e) engaging in immoral or criminal activities.

c. Use any Visual Content in a pornographic, defamatory, or deceptive context, or in a manner that could be considered libelous, obscene, or illegal.

  

Home   Generate   Catalog

e. Use Visual Content designated "Editorial Use Only" (including, but not limited to, Editorial content) for commercial purposes, including for reference, in any advertising, merchandise or other non-editorial contexts.

f. Resell, redistribute, provide access to, share or transfer any Visual Content except as specifically provided herein. For example and not by way of limitation, the foregoing prohibits displaying Content as, or as part of, a "gallery" of content through which third parties may search and select from such content.

g. Use Visual Content in a manner that infringes upon any third party's trademark or other intellectual property, or would give rise to a claim of deceptive advertising or unfair competition.

h. Use any Visual Content (in whole or in part) as a trademark, service mark, logo, or other indication of origin, or as part thereof.

i. Falsely represent, expressly or by way of reasonable implication, that any Visual Content was created by you or a person other than the copyright holder(s) of that Visual Content.

1.3 RESTRICTIONS SPECIFIC TO FOOTAGE

a. Use any Footage in a multi-media production distributed via broadcast, cable network, OTT video service (e.g. Netflix, Hulu, Amazon), or in theaters.

b. Use "stills" derived from Footage except solely in connection with the in-context marketing, promotion, and advertising of your derivative works incorporating Footage.

1.4 RESTRICTIONS SPECIFIC TO EDITORIAL

a. Use any Editorial content in a multi-media production distributed via broadcast, cable network, OTT video service (e.g. Netflix, Hulu, Amazon), or in theaters, or in related promotional materials.

b. Use any Editorial content on a publication cover, jacket, or other packaging related to the underlying use.

c. Use any Editorial content in a publication with a print run in excess of 500,000 copies.

**1.5 CREDIT AND COPYRIGHT NOTICES**

a. The use of Images and Footage in connection with news reporting, commentary, publishing, or any other "editorial" context, shall be accompanied by an adjacent credit to the Shutterstock contributor and to Shutterstock in substantially the following form:

"Name of Artist/Shutterstock.com"

b. Editorial credits shall take the following form:

"Name of Artist / Agency / Shutterstock"

c. If and where commercially reasonable, the use of Images or Footage in Merchandise or an audio-visual production shall be accompanied by a credit to Shutterstock in substantially the following form:

"Image(s) or Footage (as applicable), used under license from Shutterstock.com"

d. Credit attributions are not required in connection with any other use of Footage or Images unless another stock content provided is afforded credit in connection with the same use. For clarity, attribution is always required for Editorial content.

e. In all cases the credit and attribution shall be of such size, color and prominence so as to be clearly and easily readable by the unaided eye.

# 2. PART II - MUSIC LICENSES

 Home     Generate     Catalog

production.

**2.2** MUSIC LICENSES

Shutterstock grants you a non-exclusive, non-transferable right to synchronize Music in a Production, which Production may be distributed worldwide, in perpetuity, pursuant to the license you purchase (from among the two license types set forth below), and subject to the restrictions set forth in Part II Section 3 hereof:

a. <u>STANDARD MUSIC LICENSE</u>: A Standard Music License grants you the non-exclusive right to synchronize Music in a Production (and in in-context trailers and promotional materials), distributed via web based-viewing platforms or used in non-web based "industrial" contexts, which include trade shows, conferences, corporate Events, internal corporate Use, and point of sale.

b. <u>ENHANCED MUSIC LICENSE</u>: An Enhanced Music License grants you the non-exclusive right to synchronize Music in a Production (and in-context trailers and promotions therefor), solely subject to the restrictions set forth in Part II Section 3 hereof.

c. <u>COMP MUSIC LICENSE</u>: A Comp Music License grants you the right to synchronize watermarked Music solely in test, sample, comp, or rough cut evaluation materials related to a Production. The Comp Music License expressly prohibits distributing Music to the public in any form or incorporating Music into any final materials. You may not remove or alter the Shutterstock watermark from Music under any circumstances

**2.3** RESTRICTIONS ON THE USE OF MUSIC.

YOU MAY NOT:

a. Sub-license, re-sell, rent, lend, assign, gift or otherwise transfer or distribute to any third-party the Music or the right to use the Music separate and apart from the Production in which (pursuant to your license) it is embodied;

b. Resell, redistribute, provide access to, share or transfer any Music except as specifically provided herein;

c. Manufacture, distribute, sell or otherwise exploit "records", CDs, mp3s or any other audio product embodying sound alone which incorporates Music, other than an audio-only Production expressly described in the definition of "Production" above. For the purpose of this sub-section the term "records" means all forms of reproductions, whether now known or hereafter devised, manufacture or distributed primary for home use, school use, or juke box use, embodying sound alone (excluding synchronized material);

d. Use the Music in connection with other material that is pornographic, defamatory, libelous, obscene, immoral, illegal or that otherwise violates any right(s) of any third party(ies);

e. Violate export laws, restrictions or regulations, by shipping, transferring or exporting Music into any country in violation of any export laws, restrictions or regulation;

f. Use, sell, sublicense, reproduce, distribute, display, incorporate into or otherwise make Music, in whole or in part, available as, or as part of, production library content, or downloadable files or include the Music or any derivative work incorporating the Music in any other stock product, library, or collection;

g. Remix, mashup, or otherwise alter the Music, except that you may engage in basic editing of the Music (e.g., setting start/stop points, determining fade-in/fade-out points, etc.) in connection with the exercise of the license granted under this agreement;

h. Use Music in an audio-only Production in which music is the primary content.

**2.4** Except for that Music designated "PRO-free," in the event any public performance licenses are required in connection with your use of the Music authorized under this TOS, you shall be responsible for obtaining such licenses at your sole expense.

  

connection with activities otherwise authorized under this TOS, you shall be responsible for obtaining and paying for such licenses at your sole expense, and (y) this agreement does not include any so-called "moral rights or like rights." You will be complete and accurate "cue sheets" with the appropriate Performing Rights Organization(s) and furnish a copy of each such cue sheet to Shutterstock via email to [cuesheets@shutterstock.com](mailto:cuesheets@shutterstock.com). This obligation shall apply to all Music except that Music designated "PRO-free."

**2.5** You may publish Productions incorporating Music on third party "user-generated" content distribution platforms (e.g., YouTube) (each a "UGC Platform"). You may not claim ownership of the Music or otherwise register any Music with any UGC Platform even as synchronized with your own Production. If you become aware that any third party claims any ownership interests in any Music, you agree to promptly notify Shutterstock of each such claim.

**2.6** When incorporating the Music in the type of Production in which copyright attribution is customary, you shall provide credit in substantially the following form:

"'[Music Title]' performed by [Artist], used under license from Shutterstock"

# 3. PART III - WARRANTIES AND REPRESENTATIONS

**3.1** Shutterstock warrants and represents that:

a. Shutterstock's contributors have granted Shutterstock all necessary rights in and to the Content to grant the rights set forth in Part I or Part II as applicable.

b. Footage and Images in its original unaltered form and used in full compliance with this TOS and applicable law, will not: i) infringe any copyright, trademark or other intellectual property right; ii) violate any third parties' rights of privacy or publicity; iii) violate any US law, statute, ordinance, or regulation; or iv) be defamatory, libelous, pornographic or obscene.

c. Editorial content in the original unaltered form and used in full compliance with this TOS and applicable law, will not infringe a third party's copyright, it being understood that the foregoing warranty does not apply to elements depicted in the Editorial content.

**3.2** While Shutterstock makes commercially reasonable efforts to ensure the accuracy of keywords and descriptions, as well as the integrity of Visual Content designated "Editorial Use Only", SHUTTERSTOCK MAKES NO WARRANTIES AND/OR REPRESENTATIONS REGARDING ANY: I) KEYWORD, TITLES OR DESCRIPTIONS; OR II) AUDIO IN FOOTAGE. For the sake of clarity, Shutterstock will not indemnify or have any liability in respect of any claims arising from inaccurate keyword, titles or descriptions, any audio in Footage.

**3.3** SHUTTERSTOCK MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER OTHER THAN THOSE EXPRESSLY MADE IN THIS "WARRANTIES AND REPRESENTATIONS" SECTION.

# 4. PART IV - INDEMNIFICATION AND LIABILITY

**4.1** Subject to the terms hereof, and provided that you have not breached the terms of this or any other agreement with Shutterstock, Shutterstock will defend, indemnify, and hold you harmless up to the applicable "Limit of Liability" set forth below. Such indemnification is solely limited to Customer's direct damages arising from a third-party claim directly attributable to Shutterstock's breach of the express warranties and representations made in Part III hereof, together with associated expenses (including reasonable attorneys' fees). Indemnification is conditioned upon you notifying Shutterstock, in writing, of any such claim or threatened claim, no later than five (5) business days from the date you know or reasonably should have known of the claim or threatened claim. Such notification must include all details of the claim then known to you (e.g., the use of Content at issue, the name and contact information of the person and/or entity making the claim, copies of any correspondence received and/or sent in connection with the claim). The notification must be emailed to Shutterstock at [legal-notices@shutterstock.com](mailto:legal-notices@shutterstock.com), with a hard copy to Shutterstock, 350 5th Avenue, 21st Floor, New York, New York, 10118, Attention: General Counsel, via certified mail, return receipt requested; or ii) overnight courier, recipient's signature required. Shutterstock shall have the right to assume the handling, settlement


Home


Generate


Catalog

for any legal fees and/or other costs incurred by you or on your behalf prior to Shutterstock having a reasonable opportunity to analyze such claim's validity.

**4.2** Shutterstock shall not be liable for any damages, costs or losses arising as a result of modifications made to the Content or due to the context in which you use the Content.

**4.3** Limits of Liability: Shutterstock's total maximum aggregate obligation and liability (the "Limit of Liability") arising out of each of Customer's:

1. Standard Image Licenses shall be USD $10,000.

2. Enhanced Image Licenses shall be USD $250,000.

3. Footage Use Licenses shall be USD $10,000.

4. Editorial Licenses shall be USD $25,000.

5. Standard or Enhanced Music Licenses shall be USD $10,000.

If you have questions about the foregoing, please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: Customer Support)

**4.4** You will indemnify and hold Shutterstock, its officers, employees, shareholders, directors, managers, members and suppliers, harmless against any damages or liability of any kind arising from any use of the Visual Content other than the uses expressly permitted by this TOS. You further agree to indemnify Shutterstock for all costs and expenses that Shutterstock incurs in the event that you breach any of the terms of this or any other agreement with Shutterstock.

## 5. PART V - ADDITIONAL TERMS

**5.1** Except when required by law, Shutterstock shall be under no obligation to issue refunds under any circumstances. All fees are non-refundable, even if your subscription is terminated before its expiration. You authorize Shutterstock to charge you all subscription fees for the duration of the term agreed to at the time of purchase. In the event that Shutterstock determines that you are entitled to a refund of all or part of the fees you paid, such refund shall be made using the payment method originally used by you to make your purchase. If you reside in the European Union and you cancel your account within fourteen (14) days of making payment to Shutterstock, provided that you have not yet downloaded or licensed any Visual Content, Shutterstock, will refund the payment made by you in connection with such cancelled account. To cancel your account, *please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email:* Customer Support*).*

**5.2** Following the expiration of your subscription plan, such plan will automatically renew on the same terms as your original plan purchase. You can disable automatic renewal at any time prior to renewal using your account settings. You expressly grant Shutterstock the right to charge you for each automatic renewal until you timely disable automatic renewal.

**5.3** If Shutterstock is required to collect indirect and/or transactional taxes (such as sales tax, value-added tax, goods and services tax, et al) under the laws of your state or country of residence, you shall be liable for payment of any such indirect tax. Where Shutterstock or you are required to collect or remit direct or indirect taxes, you may be required to self-assess said tax under the applicable laws of your country of residence.

**5.4** "Non-transferable" as used herein means that except as specifically provided in this TOS, you may not sell, rent, load, give, sublicense, or otherwise transfer to anyone, Content or the right to use Content. You may however, make a one-time transfer of Content to a third party for the sole purpose of causing such third party to print and/or manufacture your goods incorporating Content subject to the terms and conditions herein. If you become aware that any social media website uses any Content in a manner that exceeds your license hereunder, you agree to remove all derivative works incorporating Content from such Social Media


Home


Generate


Catalog

**5.5** Upon notice from Shutterstock or if you learn that any Content is subject to a threatened or actual claim of infringement, violation of another right, or any other claim for which Shutterstock may be liable. If Shutterstock removes any Content due to perceived business risk as determined in Shutterstock's reasonable discretion and gives you notice of such removal, you will remove the Content from your computer systems and storage devices (electronic or physical) and, if possible, cease any future use of the removed Content at your own expense. Shutterstock shall provide you with comparable Content (which comparability will be determined by Shutterstock in its reasonable commercial judgment) free of charge, but subject to the terms and conditions of this TOS.

**5.6** If you use any Content as part of work product created for or delivered to a client or customer, you will disclose the identities of such clients or customers to Shutterstock, upon Shutterstock's reasonable request.

**5.7** Arbitration.

1. Any controversy or claim arising out of or relating to this TOS, or the breach thereof, shall be settled by binding individual (not class) arbitration administered under the Commercial Arbitration Rules of the American Arbitration Association or of the International Centre for Dispute Resolution in effect on the date of the commencement of arbitration, rather than in court, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof or having jurisdiction over the relevant party or its assets. The place of arbitration shall be the state and county of New York. The language of the arbitration shall be English. There shall be one arbitrator to be mutually agreed by the parties. Each party shall bear its own costs in the arbitration. Both parties agree that the following claims are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) any claim related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) any claim seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack) (iii) any claim arising solely from Customer's alleged failure to pay fees due to Shutterstock. This arbitration provision will survive termination of this TOS.

2. YOU AND SHUTTERSTOCK AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION. Unless both you and Shutterstock agree, no arbitrator or judge may consolidate more than one person's claims or otherwise preside over any form of a representative or class proceeding. The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. You and Shutterstock acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable disputes under this TOS.

3. If a court decides that applicable law precludes enforcement of any of the limitations in this Part V, Section 7 as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

**5.8** Neither party may assign this agreement, without the prior written approval of the other party, except that Shutterstock may assign this agreement to a subsidiary, an affiliated company within the Shutterstock group, the entity that results from a merger or other corporate reorganization involving Shutterstock, or an entity that acquires all or substantially all of Shutterstock's assets or capital stock.

**5.9** This TOS shall be construed neither against nor in favor of any party, but rather in accordance with the fair meaning of the language hereof. This TOS is governed by and shall be construed in accordance with the laws of the applicable jurisdiction set forth in Section 5.24, without respect to its conflict of laws principles.

**5.10** If you are entering into this TOS on behalf of your employer or other entity, you warrant and represent that you have the full right and authority to do so. In the event that you do not have such authority, you agree that you will be personally liable to Shutterstock for any breaches of the terms of this TOS. You hereby grant Shutterstock a worldwide, non-exclusive, limited license to use your trademarks in Shutterstock's promotional materials, including a public customer list. Shutterstock's use of your trademarks shall at all times conform to your then-current trademark use policies as made available to Shutterstock and shall at all times inure to your benefit. Shutterstock further agrees that it will use commercially reasonable efforts to terminate any particular use of your trademark no later than thirty (30) days from the date of receipt by Shutterstock of your email request to legal-notices@shutterstock.com.

  

month beginning on and including the date that you purchase your product and ending on that date which is the earlier of (i) the same date as your purchase in the following month or (ii) the last day of the following month. By way of example: if you purchase a monthly subscription on March 5, it will renew on April 5. If you purchase a monthly subscription on August 31, your subscription will renew on September 30.

**5.12** Unless otherwise specified in the coupon, any coupon or discount code applied to a purchase hereunder shall apply only to the first payment made in connection with such purchase.

**5.13** If any individual term of this TOS is found to be invalid or unenforceable by any legal or regulatory body of competent jurisdiction, such finding will be limited solely to such invalid or unenforceable part, without affecting the remaining parts of such individual term, or any other part of this TOS, so that this TOS shall otherwise remain in full force and effect.

**5.14 You expressly agree that any feedback provided to you by Shutterstock or its representatives regarding any questions you may have about this TOS or your use of Content licensed hereunder, is solely for the purpose of interpreting this TOS and is not legal advice. Shutterstock cannot render legal advice to you and expressly disclaims any liability of any kind related to any feedback provided by Shutterstock or its representatives.**

**5.15 It is expressly understood and agreed that this TOS is entered into solely for the mutual benefit of the parties herein and that no benefits, rights, duties, or obligations are intended by this TOS as to third parties.**

**5.16 In the event that you breach any of the terms of this or any other agreement with Shutterstock, Shutterstock shall have the right to terminate your account without further notice, in addition to Shutterstock's other rights at law and/or equity. Shutterstock shall be under no obligation to refund any fees paid by you in the event that your account is terminated by reason of a breach.**

**5.17 Except as expressly set forth in the applicable license and warranties sections herein, Shutterstock grants no rights and makes no further warranties. Shutterstock only has model or property releases where expressly indicated on the Shutterstock website.**

**5.18 Shutterstock's liability under any individual license purchased hereunder shall not exceed the "Limit of Liability" applicable to the license in effect at the time you know or should have known of the claim, and is without regard to the number of times the subject Content is licensed or used by you.**

**5.19 Except as specifically provided in Part IV hereof, in no event, will Shutterstock's total aggregate liability to you or any third party claiming through you, arising out of or in connection with your use of or inability to use the Shutterstock websites and/or Content contained thereon (whether in contract, tort or otherwise) exceed the monetary amount actually received by Shutterstock from you for the applicable Content license.**

**5.20 Neither Shutterstock nor any of its officers, employees, managers, members, shareholders, directors or suppliers shall be liable to you or to any other person or entity for any general, punitive, special, indirect, consequential or incidental damages, or lost profits or any other damages, costs or losses arising out of your use of the Content, Shutterstock's breach of this agreement, or otherwise, unless expressly provided for herein, even if Shutterstock has been advised of the possibility of such damages, costs or losses.**

**5.21 Except as expressly set forth in Part III, all Content is provided "as is" without warranty of any kind, either express or implied, including, but not limited to the implied warranties of non-infringement, merchantability, or fitness for a particular purpose. Some Content may contain elements that require additional clearance if the Content is modified or used in a particular context. If you make such modification or use Content in such context, you are solely responsible for obtaining any additional clearances thereby required.**

**5.22 Shutterstock does not warrant that the Content, Shutterstock websites, or other materials will meet your requirements or that use will be uninterrupted or error free. The entire risk as to the quality, performance and use of the Content is solely with you.**

**5.23 In the event that you use fraudulent credit card information to open an account or otherwise engage in any criminal activity affecting Shutterstock, Shutterstock will promptly file a complaint with** www.ic3.gov**, the internet crime complaint center, a partnership between the** Federal Bureau of Investigation (FBI) **and the** National White Collar Crime Center**.**





**5.24 Shutterstock contracting party and choice of law. Subscriptions and purchases initiated before March 15, 2021 are contracted with Shutterstock, Inc., including all subsequent installment payments and automatic renewals until cancelled. For new subscriptions and purchases initiated from March 15, 2021, your country of residence is the same as your billing address, as same is provided by you to Shutterstock in connection with your account.**

| Your Country of Residence | Shutterstock contracting party and "Shutterstock" hereunder | Choice of Law | Arbitration Location |
|---|---|---|---|
| United States, Canada, India, Brazil | Shutterstock, Inc.350 Fifth Avenue, 21st Floor, New York, NY 10118, United States. | New York | New York County, New York |
| Rest of World | Shutterstock Ireland Ltd.34-37 Clarendon St, 2nd floor, Dublin 2, D02 DE61, Ireland. | Ireland | Dublin, Ireland |

EFFECTIVE DATE: March 15, 2021


