IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80867-DMM

MARCO VERCH,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC, et al.,

    Defendants.

_____

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

Please take notice that Jonathan Alejandrino, Esq., of the law firm of CopyCat Legal, PLLC, hereby files his Notice of Appearance as counsel for plaintiff Marco Verch ("<u>Plaintiff</u>"), and requests that copies of all correspondence, documents, pleadings, and other matters be served on the undersigned.

Dated: October 22, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
jonathan@copycatlegal.com

By: <u>/s/ Jonathan Alejandrino</u>
    Jonathan Alejandrino, Esq.
    Florida Bar No.: 1035465

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Jonathan Alejandrino
Jonathan Alejandrino, Esq.