**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 9:24-cv-80867-DMM**

MARCO VERCH, citizen of the Republic of
Germany,

      Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a
GRUBBRR, a Florida limited liability company,

      Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware
corporation,

      Third-Party Defendant.

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Third-Party Plaintiff Automata Transactions, LLC d/b/a Grubbrr ("Automata"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55(a), hereby respectfully requests that the Clerk enter default in this matter against Third-Party Defendant Shutterstock, Inc. ("Shutterstock"), on the ground that Shutterstock has failed to appear or otherwise respond to the Third-Party Complaint [DE-16] within the time specified in Rule 12(a) Fed. R. Civ. P. and in the Summons served on the Shutterstock. *See* Declaration of Manny D. Polkotilow in support of Automata's Request for Clerk's Entry of Default filed concurrently herewith.

*[signature on following page]*

1

Respectfully submitted,

**LOTT & FISCHER PL**

Dated: October 25, 2024

/Ury Fischer/
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
Ariel Weltz
Florida Bar No. 1033815
E-mail: aweltz@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089

and

**CAESAR RIVISE, PC**
Manny D. Pokotilow*
E-mail: mpokotilow@crbcp
Douglas Panzer*
E-mail: dpanzer@crbcp.com
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-2010
*Admitted Pro Hac Vice*

***Attorneys for Third-Party Plaintiff Automata Transactions, LLC d/b/a GRUBBRR***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on October 25, 2024, I caused a true and correct copy of the

foregoing Request for Clerk's Entry of Default and accompanying Declaration to be sent via

electronic mail and FedEx to the Third-Party Defendant:

Shutterstock, Inc.
350 Fifth Avenue, 20th Floor
New York, New York 10118
E-mail: compliance@shutterstock.com
Phone: (866) 663-3954

Shutterstock, Inc. c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

/Ury Fischer/
Ury Fischer
Florida Bar No. 048534

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 9:24-cv-80867-DMM**

MARCO VERCH, citizen of the Republic of
Germany,

      Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a
GRUBBRR, a Florida limited liability company,

      Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware
corporation,

      Third-Party Defendant.

## <u>DECLARATION OF MANNY D. POKOTILOW</u>

I, MANNY D. POKOTILOW, declare as follows:

1.  I am Senior Counsel of the firm of Caesar Rivise, PC, counsel to Third-Party Plaintiff Automata Transactions, LLC d/b/a Grubbrr ("Automata"), herein. I make this Declaration, which is filed in support of Automata's Request for Clerk's Entry of Default, and I could and would testify competently to the matters set forth herein.

2.  As appears on the Summons that has been returned executed for Third-Party Defendant Shutterstock, Inc. ("Shutterstock") [DE-20], the Summons and Third-Party Complaint were served on Shutterstock on October 2, 2024.

1

3.   Shutterstock was required to respond to the Third-Party Complaint on or before October 23, 2024.

4.   To date, Shutterstock has not filed a response to the Third-Party Complaint, and no attorney has appeared on its behalf.

5.   Shutterstock has not been granted an extension of time to respond to the Third-Party Complaint.

6.   The time allowed for Shutterstock to respond to the Third-Party Complaint has expired.

7.   On information and belief, Shutterstock is not an infant or an incompetent person, or in the military service of the United States.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 25, 2024

*[signature on following page]*

Respectfully submitted,

Dated: October 25, 2024

**LOTT & FISCHER PL**
/Ury Fischer/
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
Ariel Weltz
Florida Bar No. 1033815
E-mail: aweltz@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089

and

**CAESAR RIVISE, PC**
Manny D. Pokotilow*
E-mail: mpokotilow@crbcp
Douglas Panzer*
E-mail: dpanzer@crbcp.com
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-2010
*Admitted Pro Hac Vice*

*Attorneys for Third-Party Plaintiff Automata Transactions, LLC d/b/a GRUBBRR*