UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:24-cv-80867-DMM

| | |
|---|---|
| MARCO VERCH, citizen of the Republic of Germany, <br><br>    Plaintiff, <br><br>v. <br><br>AUTOMATA TRANSACTIONS, LLC d/b/a GRUBBRR, a Florida limited liability company, <br><br>    Defendant/Third-Party Plaintiff, <br><br>v. <br><br>SHUTTERSTOCK, INC., a Delaware corporation, <br><br>    Third-Party Defendant. | |

**DEFENDANT/THIRD-PARTY PLAINTIFF
AUTOMATA TRANSACTIONS, LLC D/B/A GRUBBRR'S STATUS REPORT**

Defendant/Third-Party Plaintiff Automata Transactions, LLC d/b/a Grubbrr ("Automata"), through undersigned counsel, and pursuant to this Court's Paperless Order [DE-26], hereby submits this Status Report advising the Court how it intends to proceed given Third-Party Defendant Shutterstock, Inc.'s ("Shutterstock") default. On October 28, 2024, the Clerk entered default against Shutterstock, pursuant to Fed. R. Civ. P. 55(a), due to Shutterstock's "failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law." DE-28. Automata intends to file a Motion for Final Judgment Upon Default against Shutterstock in due course.

On October 28, 2024, Counsel for Automata met and conferred with Shutterstock's New York counsel in relation to this litigation. Shutterstock advised that it plans to advise this Court of Shutterstock's intentions with respect to this litigation in the immediate future.

Dated: October 29, 2024							Respectfully submitted,

**LOTT & FISCHER PL**
/Ury Fischer/
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
Ariel Weltz
Florida Bar No. 1033815
E-mail: aweltz@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089

and

**CAESAR RIVISE, PC**
Manny D. Pokotilow*
E-mail: mpokotilow@crbcp
Douglas Panzer*
E-mail: dpanzer@crbcp.com
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-2010
*Admitted Pro Hac Vice*

***Attorneys for Third-Party Plaintiff Automata Transactions, LLC d/b/a GRUBBRR***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on October 29, 2024, I caused a true and correct copy of the foregoing Status Report to be sent via electronic mail and FedEx to the Third-Party Defendant:

Shutterstock, Inc.  
350 Fifth Avenue, 20th Floor  
New York, New York 10118  
E-mail: compliance@shutterstock.com  
Phone: (866) 663-3954

Shutterstock, Inc. c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, Delaware 19808

                                              /Ury Fischer/  
                                              Ury Fischer  
                                              Florida Bar No. 048534