UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80867-DMM

MARCO VERCH,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a GRUBBRR,

    Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC.,

    Third-Party Defendant.
_____/

## DECLARATION OF JAMES ROSENFELD IN SUPPORT OF SHUTTERSTOCK'S MOTION TO VACATE CLERK'S DEFAULT AND FOR LEAVE TO FILE ANSWER

I, James Rosenfeld, declare as follows:

1. I am an attorney at Davis Wright Tremaine LLP ("DWT") and am counsel for Third-Party Defendant Shutterstock, Inc. ("Shutterstock") in this matter. I make this declaration based on personal knowledge, correspondence, and records my firm keeps in the regular course of business, and I could testify competently to the same.

2. On October 2, 2024, during the first day of the Rosh Hashanah religious holiday observed by Shutterstock's internal and external counsel assigned to this matter, Shutterstock was served with the Third-Party Complaint.

3. Shutterstock retained my firm and me as outside counsel to evaluate the claims on October 16, 2024, and provided me with the relevant documentation on Friday, October 18, 2024.

After receipt of the relevant documents concerning the claims against Shutterstock, my firm's docketing department failed to calendar Shutterstock's response date due to a clerical error.

4. On the week of October 21, 2024, I was required to travel to the Western District of Texas for a work commitment, while addressing other obligations and seeking information on Shutterstock's own right to indemnity from a third-party.

5. My failure to file an answer to Defendant/Third-Party Plaintiff Automata's third-party complaint by the return date of October 23, 2024 was inadvertent, and Shutterstock intends to participate in this litigation and defend against Automata's claims. Attached as **Exhibit 2** is a true and correct copy of Shutterstock's Answer to Automata's third-party complaint.

6. On October 28, 2024, I met and conferred telephonically and via email with Automata's counsel regarding the default, requesting his stipulation to vacate the default and affirming that Shutterstock would be indemnifying Automata in the underlying suit. In response, Automata's counsel confirmed that he was unwilling to stipulate to vacatur of the default.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Signed at New York City, New York on October 29, 2024.

_____
James Rosenfeld, Esquire