UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-CV-80867-DMM

MARCO VERCH, citizen of the Republic of
Germany,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a/
GRUBBRR, a Florida limited liability company,

    Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware corporation,

    Third-Party Defendant.
_____/

## THIRD-PARTY DEFENDANT SHUTTERSTOCK, INC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant Shutterstock, Inc., by and through its undersigned attorneys, states that Blackrock, Inc., owns more than 10% of Shutterstock, Inc.

DATED this 18th day of November 2024.

                */s/ Jeffrey A. Blaker*
                Jeffrey A. Blaker, Esquire
                Florida Bar No. 443913
                jblaker@conroysimberg.com
                Conroy Simberg
                1801 Centrepark Drive East, Suite 200
                West Palm Beach, FL 33401
                Telephone: (561) 697-8088

CASE NO. 9:24-CV-80867-DMM

James Rosenfeld (*pro hac vice*)
jamesrosenfeld@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 603-6455

Caesar Kalinowski (*pro hac vice*)
caesarkalinowski@dwt.com
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150

*Counsel for Third-Party Defendant Shutterstock, Inc.*