UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80867-Matthewman/McCabe

MARCH VERCH,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a/
GRUBBER, a Florida Limited Liability Company,

    Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware
Corporation,

    Third-Party/Defendant.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE VIA ZOOM VTC

THIS CAUSE is before the Court on the Order Referring Case to the undersigned to conduct a settlement conference to occur on January 15, 2025. (DE 53). Accordingly, the Court **ORDERS** as follows:

1. <u>Conference Date</u>: A settlement conference shall be held as follows:

       BEFORE:    U.S. Magistrate Judge Ryon McCabe
       DATE:    Wednesday, January 15, 2025
       TIME:    10:00 A.M.
       PLACE:    The settlement conference will be conducted **via Zoom VTC.**

2. <u>Zoom VTC Login Instructions</u>: All counsel, parties, insurance adjusters, and anyone else attending the Settlement Conference shall attend by Zoom VTC. **To log in through ZoomGov Meeting**, use Meeting ID: 160 263 9132 and Passcode: 929006. Counsel shall ensure the dissemination of the login instructions to all attending. Counsel must meet (in-person or remotely) with their clients in advance of the settlement conference to discuss

measures that will ensure that both counsel and client have the ability to participate in a Zoom meeting by audio and video, with a stable internet connection. In particular, clients unfamiliar with Zoom should do an advance trial run at the location where they will participate in the settlement conference. If there is any doubt about a client's ability to maintain a stable connection to Zoom during the settlement conference, counsel shall make arrangements for the client to participate in the settlement conference at counsel's office.

3. <u>Mandatory Attendance</u>: Parties and their lead counsel must personally appear at the conference by Zoom. An individual with full and complete authority to negotiate and finalize a settlement for each party must be present. Counsel and the parties should be prepared to work through the afternoon if necessary. A corporate party shall send a representative with full and complete authority to bind the company. Such mandatory appearance is intended to increase the effectiveness of the settlement conference. As such, failure to produce the appropriate person(s) or failure to participate in good faith may result in an award of costs, attorney fees, or other appropriate sanctions.

4. <u>Pre-Conference Settlement Efforts</u>: Prior to the settlement conference, the parties shall negotiate and make a good faith effort to settle the case without the Court's involvement. Proposals and counter proposals shall be made. If settlement is not achieved, the parties shall be prepared to engage in further good faith negotiation at the conference.

5. <u>Confidential Settlement Memoranda</u>: Each party's counsel shall email to chambers (mccabe@flsd.uscourts.gov), but **not** file, a candid memorandum of ten pages or less with its respective views in the light most favorable to its client, as well as any proposed settlement amount(s), citation to legal authority, or additional information that will be

helpful to the Court in preparing for the settlement conference. Each memorandum shall include a specific recitation of relevant facts, a discussion of case strengths and weaknesses, and a report on the parties' pre-conference settlement efforts outlined above. If not already part of the record, copies of any critical agreements, business records, photographs, or other documents shall be attached to the memorandum. **<u>The memoranda shall be submitted by January 8, 2025.</u>** Counsel shall indicate what portions of the submissions, if any, may be shared with the opposing party/counsel at the settlement conference. Otherwise, the information will not be shared.

6. <u>Conference Format</u>: The Court will generally use a mediation format: a joint session with opening presentations by the Court and each side followed by private caucusing by the Court with each side. The Court expects all parties to be fully prepared to participate. The Court encourages all parties to keep an open mind in order to re-assess their previous positions and to discover creative means for resolving the dispute.

7. <u>Proposed Settlement Agreements</u>: Each party's counsel shall have prepared a proposed settlement agreement.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 17th day of December 2024.

_____
RYON M. MCCABE
U.S. MAGISTRATE JUDGE