IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.  9:24-cv-80867-WM

MARCO VERCH,

     Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a
GRUBBRR,

     Defendant/Third-Party Plaintiff,
v.

SHUTTERSTOCK, INC., a Delaware
corporation,

     Third-Party Defendant.

_____

## JOINT PROPOSED SCHEDULING ORDER

Upon consideration of the Local Rules for the United State District Court for the Southern

District of Florida, the Court assigns this matter to the Standard Track.  The Court sets forth the

following deadlines:

A. The case is assigned to a Standard Track.

B. This is a jury trial.

C. The following timetable shall govern the pretrial procedure in this case:

| EVENT | DATE |
|---|---|
| Deadline for serving Initial Disclosures | November 15, 2024 |
| Settlement Conference | January15, 2025 |
| Deadline to add parties or amend pleadings | February 21,2025 |
| Close of Fact Discovery | March 28, 2025 |
| Deadline for Expert Reports | March 28, 2025 |
| Close of Expert Discovery | April 18, 2025 |
| Deadline for filing Daubert motions, Motions | May 19, 2025 |

| EVENT | DATE |
|---|---|
| *in Limine* and Motions for Summary Judgment | |
| Deadline for submission of joint pre-trial stipulation, proposed findings of fact, and conclusions of law | July 21, 2025 |
| Date for Calendar Call | July 28, 2025 |
| Date for Trial | August 11, 2025 |

DONE AND ORDERED in West Palm Beach, Florida this ___ day of _____, 2024.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

Copies to counsel via CM/ECF