THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80867-WM

MARCO VERCH,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a
GRUBBRR,

    Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware
corporation,

    Third-Party Defendant.

## NOTICE OF STRIKING DOCKET ENTRY 55

Plaintiff Marco Verch ("Plaintiff") hereby gives notice of the striking of Docket Entry No. 55, which was filed in error. Plaintiff apologizes for any confusion such filing caused and will refile the Notice of Filing attaching the Proposed Order.

Dated: December 20, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
jonathan@copycatlegal.com

By: /s/ Jonathan Alejandrino
    Jonathan Alejandrino, Esq.
    Florida Bar No.: 1035465

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Jonathan Alejandrino
Jonathan Alejandrino, Esq.