THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80867-WM

MARCO VERCH,

    Plaintiff,

v.

AUTOMATA TRANSACTIONS, LLC d/b/a GRUBBRR,

    Defendant/Third-Party Plaintiff,

v.

SHUTTERSTOCK, INC., a Delaware corporation,

    Third-Party Defendant.

## CONSENT TO MOTION TO EXCUSE PLAINTIFF'S ATTENDANCE AT SETTLEMENT CONFERENCE

Plaintiff Marco Verch ("Plaintiff"), defendant Automata Transactions, LLC d/b/a Grubbrr ("Automata"), and third-party defendant Shutterstock, Inc., a Delaware corporation ("Shutterstock") (collectively, the "Parties"), being all Parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate that an agreement in principal to resolve Plaintiff's copyright claim has been reached, contingent on an agreement being reached between Automata and Shutterstock and possible Third-Party Defendant Wirestock, Inc. in a Third-Party Beneficiary Claim. A remaining issue is the dispute between third-party plaintiff Automata and third-party defendant Shutterstock. Therefore, Plaintiff's attendance at the Settlement Conference is not needed and the parties consent to Plaintiff's Motion to be excused from attendance.

Dated:  January 14, 2025.

**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com


By: /s/ Jonathan Alejandrino
    Jonathan Alejandrino, Esq.
    Florida Bar No.: 1035645

*Attorneys for Plaintiff*

**LOTT & FISCHER PL**
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
E-mail: ufischer@lottfischer.com
E-mail: nrashkind@lottfischer.com
E-mail: aweltz@lottfischer.com

Ury Fischer
Florida Bar No. 048534
Noah H. Rashkind
Florida Bar No. 021945
Ariel Weltz
Florida Bar No. 1033815


**CAESAR RIVISE, PC**
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-2010
E-mail: mpokotilow@crbcp.com
E-mail: dpanzer@crbcp.com

By: /s/Manny Pokotilow
Manny D. Pokotilow*
Douglas Panzer*
*Admitted Pro Hac Vice*

*Counsel for Third-Party Plaintiff Automata Transactions, LLC*

By:  /s/ Jeffrey Blaker
Jeffrey A. Blaker, Esquire
Florida Bar No. 443913
jblaker@conroysimberg.com
Conroy Simberg
1801 Centrepark Drive East, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 697-8088
James Rosenfeld (*pro hac vice*)
jamesrosenfeld@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 603-6455

        Caesar Kalinowski (*pro hac vice*)
caesarkalinowski@dwt.com
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 Seattle, WA 98104-1610
Telephone: (206) 622-3150

***Counsel for Third-Party Defendant Shutterstock, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Jonathan Alejandrino
Jonathan Alejandrino, Esq.